UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JUAN CARLOS GOMEZ            Docket 3:02CV1002(AWT) JCH

v.

JOHN ASHCROFT
    Respondent            October 6, 2003

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for **Petitioner** in this matter. The purpose of this appearance is to replace current counsel-of-record, Michael G. Moore. All further communication should be directed to me at my office address listed below.

Roberto T. Lucheme
41 Hebron Avenue
Glastonbury, Ct 06033
860/633-1962
CT #09911

## Certificate of Service

I hereby certify that I have sent a copy of the foregoing by first-class U.S. mail, postage pre-paid to LISA E. PERKINS, Esq., AUSA, 450 Main Street, Room 328, Hartford, CT 06103 on October 6, 2003.

Roberto T. Lucheme