UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JUAN CARLOS GOMEZ

V                                                                3:02CV1002 JCH

JOHN ASHCROFT, Attorney General

J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of plaintiff's petition for writ of habeas corpus and stay of removal.

The Court issued a Ruling on Petition For Writ Of Habeas Corpus on December 2, 2003, denying the petition and vacating the stay.

Therefore, it is ORDERED and ADJUDGED that the petition is denied and the case is closed.

Dated at Bridgeport, Connecticut, this 19th day of December, 2003.


KEVIN F. ROWE, Clerk

By   /s/ Catherine Boroskey
         Deputy Clerk

Entered on Docket _____