FILED

2004 JAN 30  P 12: 02

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JUAN CARLOS GOMEZ, Petitioner.

vs.

CIVIL ACTION NO.
3:02 CV 1002 (JCH)

JOHN ASHCROFT, ATTORNEY
GENERAL, UNITED STATES OF
AMERICA, Respondent

JANUARY 29, 2004

### NOTICE of APPEAL and REQUEST for STAY

Petitioner hereby gives notice that he appeals the decision of this Court dated December 2, 2003 to the United States Court of Appeals for the Second Circuit. Until Petitioner can file a formal Motion for Stay with the Circuit, the Petitioner respectfully requests the Court stay his removal so that his appeal may be heard.

THE PETITIONER

by Roberto T. Lucheme, Esq.
His Attorney
Juris Number CT 09 911

41 Hebron Avenue
Glastonbury, CT 06033

Telephone: (860) 633-1962

## CERTIFICATION

I hereby certify that a copy of the above was mailed first-class, postage prepaid or hand delivered on January 29, 2004 to the following counsel of record.

    Lisa E. Perkins
    Assistant U.S. Attorney
    450 Main St., Room 328
    Hartford, CT  06103

_____
Roberto T. Lucheme, Esq.