**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

Date: 7/15/04
Docket Number: 04-0875-pr
Short Title: Gomez v. USA
DC Docket Number: 02-cv-1002
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Janet Hall

DC Initials CT/NHCT

*[Seal: UNITED STATES COURT OF APPEALS FILED JUL 15 2004 Roseann B. MacKechnie, Clerk SECOND CIRCUIT]*

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 15th day of July two thousand four.

Juan Carlos Gomez,

    Petitioner-Appellant,

    v.

USA,

    Respondent-Appellee.

The Civil Appeal Management Plan of this Court Directs that within ten (10) days after filing a Notice of Appeal, the Appellant shall, <u>inter</u> alia,

either pay the docketing fee or move for leave to proceed <u>in forma pauperis</u>,

and that in the event of default of this requirement, the Clerk may dismiss the appeal without further notice.

The Appellant herein not having so proceeded, upon consideration thereof,
    it is ordered that the appeal from the order of December 02, 2003 United States District Court for the District of Connecticut at New Haven be and it hereby is dismissed.

For the Court,
Roseann B. MacKechnie, Clerk

*[Signature: Yolanda Siders]*
By: Yolanda Siders
Deputy Clerk